```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

TRACY EDGAR GREER, JR.,              )
                                     )
            Plaintiff,               )
                                     )
        v.                           )   No. 4:07CV1151(FRB)
                                     )
ST. LOUIS CITY DIVISION OF           )
CORRECTIONS, et al.,                 )
                                     )
            Defendants.              )

## MEMORANDUM AND ORDER

This matter is before the Court sua sponte. As noted in the Court's prior order [Doc. #3], plaintiff failed to submit a copy of his inmate account statement as required by 28 U.S.C. § 1915(a)(2). Plaintiff was given thirty days within which to cure this defect, but plaintiff has failed to timely respond to the Court's prior order. In the prior order, plaintiff was warned that his failure to respond would result in the dismissal of their complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **DENIED**.

**IT IS FURTHER ORDERED** plaintiff's complaint is **DISMISSED,** without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failing to comply with the Court's prior order [Doc. #3].

Dated this 25th day of September, 2007.

/s/ Stephen N. Limbaugh
**UNITED STATES DISTRICT JUDGE**